# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN E. HADLEY, | |
|     Petitioner, | 3:07-cv-00529-LRH-VPC |
| vs. | ORDER |
| E.K. MCDANIEL, *et al.*, | |
|     Respondents. | |

Respondents' motion (#12) for enlargement of time is GRANTED, and the time for the respondents to file a response to the petition is extended up to and including April 21, 2008.

DATED this 12th day of March, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE