# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN E. HADLEY,

    Petitioner,

vs.

E.K. MCDANIEL, *et al.*,

    Respondents.

3:07-cv-00529-LRH-VPC

ORDER

    IT IS ORDERED that the respondents' motion (#14) for enlargement of time is GRANTED and that the time for the respondents to file a response to the petition is extended up to and including June 5, 2008.

    IT FURTHER IS ORDERED that any exhibits filed herein by the respondents shall be filed with a separate index of exhibits identifying the exhibits by number or letter.  The CM/ECF attachments that are filed further shall be identified by the number or numbers (or letter or letters) of the exhibits in the attachment, in the same manner as in No. 3:06-cv-00087-ECR-VPC, ## 25-71.  The purpose of this provision is so that the Court and any reviewing court thereafter will be able to quickly determine from the face of the electronic docket sheet which exhibits are filed in which attachments.  In short, respondents shall not file exhibits in a manner that requires this Court or a reviewing court to go "fishing" through multiple unmarked attachments to find specific exhibits.

    DATED this 28th day of April, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE