# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RYAN E. HADLEY,

    *Petitioner*,

vs.

E.K. MCDANIEL, *et al.*

    *Respondents.*

3:07-cv-00529-LRH-VPC

ORDER

    Respondents' motion (#21) for enlargement of time is GRANTED, and the time for the respondents to file a reply to the petitioner's opposition is extended up to and including August 4, 2008.

    DATED this 4th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE