# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RYAN E. HADLEY,<br><br>    Petitioner,<br><br>vs.<br><br>E.K. MCDANIEL, *et al.*,<br><br>    Respondents. | 3:07-cv-00529-LRH-VPC<br><br>ORDER |

    Respondents' motion (#26) for enlargement of time is GRANTED, and the time for the respondents to file a motion for summary judgment as per the prior order (#25) is extended up to and including June 1, 2009.  Petitioner may mail an opposition for filing within thirty (30) days of service of the respondents' motion, as per the provisions on pages 6-7 of the prior order (#25).

    DATED this 20th day of April, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE