UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RYAN E. HADLEY, | ) | |
| Petitioner, | ) | 3:07-cv-00529-LRH-VPC |
| vs. | ) | |
| | ) | ORDER |
| E. K. McDANIEL, et al., | ) | |
| Respondents. | ) | |

Respondents' motion for enlargement (Docket #30) of time is GRANTED and the time for respondents to file a motion for summary judgment in compliance with the court's order of February 17, 2009 (Docket #25), is extended up to and including August 28, 2009. Petitioner may file an opposition to respondents' motion within thirty (30) days of the date of service of respondents' motion, as set out on pages 6-7 of the order of February 17, 2009 (Docket #25).

DATED this 15th day of July, 2009.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE