UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN E. HADLEY, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> E. K. McDANIEL, et al., ) <br> ) <br> Respondents. ) <br> / | 3: 07-cv-00529-LRH-VPC <br><br> ORDER |

On August 28, 2009, respondents filed a motion for an extension of time to file a motion for summary judgment in compliance with the court's order of February 17, 2009 (Docket #25). Good cause appearing, respondents' motion is GRANTED (Docket #34.) Respondents are granted up to and including September 18, 2009, to file and serve their motion for summary judgment. Petitioner may file an opposition to respondents' motion within thirty (30) days of the date of service of respondents' motion, as set out on pages 6-7 of the order of February 17, 2009.

DATED this 2nd day of September, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE