UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RYAN E. HADLEY,<br><br>    Petitioner,<br><br>vs.<br><br>E. K. McDANIEL, et al.,<br><br>    Respondents. | 3:07-cv-00529-LRH-VPC<br><br>ORDER |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On November 3, 2009, respondents filed a motion for an extension of time to file their reply to petitioner's opposition to respondents' motion for summary judgment. (Docket #42.) Good cause appearing, respondents' motion is **GRANTED.** Respondents are granted to and including December 3, 2009, to file their reply.

DATED this 5th day of November, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE