AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

RYAN E. HADLEY,

               Petitioner,

    V.

E.K. McDANIEL, et al.,

           Respondents.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3: 07-cv-0529-LRH-VPC

___   **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that the limited claims in the petition which are cognizable on habeas are DISMISSED with prejudice as meritless.  FURTHER ORDERED that all remaining claims are DISMISSED without prejudice.  FURTHER ORDERED that respondents' motion for summary judgment is DENIED.  FURTHER ORDERED that a certificate of appealability is DENIED.

July 15, 2010

                                   **LANCE S. WILSON**
                                       Clerk

                                /s/  M. Campbell_____
                                Deputy Clerk